[No. 10981–2–I.  Division One.  January 11, 1984.]

ROBERT MURRAY, *Respondent*, v. A. JOEL EISENBERG, ET AL, *Defendants*, UNITED BANK OF ALASKA, *Appellant*, AEROAMERICA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 840101, Horton Smith, J., entered October 30, 1981. *Affirmed* by unpublished opinion per Durham, C.J.,

concurred in by Swanson and Corbett, JJ.